IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Samuel Whitaker, | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No.** |
| | ) | |
| v. | ) | _____ |
| | ) | |
| Real Property Research, | ) | |
| Group, Inc., | ) | 1:21-CV-02092-WMR |
| | ) | |
| Defendant | ) | |

## RETURN OF SERVICE – EXECUTED

**COMES NOW** the Plaintiff in the above-styled action and files this *Return of Service – Executed.* As shown by the attached affidavit (Attachment 1), Defendant Real Property Research Group, Inc. was served with the summons and complaint on May 25, 2021.

Respectfully submitted, this May 26, 2021.

*/s/ James Radford*
James Radford
Georgia Bar No. 108007
james@decaturlegal.com

RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
(678) 271-0300
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing pleading using the CM/ECF system on May 26, 2021.

*/s/ James Radford*
James Radford
Georgia Bar No. 108007
james@decaturlegal.com