AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Real Property Research Group Inc. C/O its Registered Agent Ted Scepaniak

was received by me on *(date)* 5/19/2021 .

☑ I personally served the summons on the individual at *(place)* 1905 Woodstock Road Bldg 900 Ste 9160 Roswell GA 30075 on *(date)* 5/24/2021 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/25/2021

Maurice Elliott
*Server's signature*

Maurice Elliott
*Printed name and title*

4426 Hugh Howell Road Ste. 216
Tucker Georgia 30084
*Server's address*

Additional information regarding attempted service, etc: