IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SAMUEL WHITAKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REAL PROPERTY RESEARCH ) <br> GROUP, INC., ) <br> ) <br> Defendant. ) | **Civil Action No.** <br><br> 1:21-cv-02092-WMR <br><br> **Jury Trial Demanded** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant in the above captioned matter, by and through their attorneys and pursuant to Fed. R. Civ. P. 41(a), hereby jointly stipulate to the dismissal of this matter with prejudice. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted, this April 22, 2022.

*/s/ James Radford*
James Radford
Georgia Bar No. 108007

Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
(678) 271-0302
james@decaturlegal.com

*Attorney for Plaintiff*

1

2

        **KAN CLARK LLP**
        */s/ Aaron M. Clark*
        Aaron M. Clark
        Georgia Bar 295700
        2849 Paces Ferry Rd, Ste. 215 Atlanta,
        Georgia 30339
        P: 404.291.5195 F: 404.393.0902

        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This April 22, 2022.

                                              Respectfully submitted,

                                              *s/ James Radford*
                                              James Radford
                                              Georgia Bar No. 108007